RECEIVED
FEB 27 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY | CIVIL ACTION NO. 6:17-cv-00823 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| REVA LIGHTFOOT, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation,

(1) that ruling on Minnesota Life's motion to dismiss (Rec. Doc. 24) is DEFERRED pending resolution of its claim for attorneys' fees and expenses;

(2) that, not more than twenty-one days after the date of this judgment, Minnesota Life shall submit additional documentation of its claimed attorneys' fees and expenses, including a description of each expense and a listing of the hourly rates

and number of hours expended working on this matter so that a determination can be made regarding whether the claimed fees and expenses are reasonable;

(3)  that the defendants shall, not later than fourteen days thereafter, file a response to Minnesota Life's submission;

(4)  that defendant Deidra Darby's motion for summary judgment concerning Ms. Lightfoot's claim (Rec. Doc. 26) is DENIED; and

(5)  that defendant Deidra Darby's motion for summary judgment concerning Ms. Booker's claim (Rec. Doc. 27) is DENIED.

Signed at Alexandria, Louisiana, this 27th day of February, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE