UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY | CIVIL ACTION NO. 6:17-cv-00823 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| REVA LIGHTFOOT, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that, consistent with the report and recommendation, defendant Deidra Darby's motion for summary judgment (Doc. 36) is GRANTED, and Dahlia Ann Darby is recognized as the daughter of Henry Lee Darby, Jr.

MONROE, LOUISIANA, this 30th day of April, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE